**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STAYBULL INSURANCE CORPORATION,
A Florida Domestic For-Profit Corporation,

Plaintiff,

v. Case No.: 3:17-cv-16-TJC-PDB

TECH CANARY CORPORATION, and
REID LARSON HOLZWORTH, individually,

Defendants.

_________________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Staybull Insurance Corporation, and Defendants, Tech Canary Corporation and Reid Holzworth, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulate to a dismissal, with prejudice, for all claims asserted in this action and in the state court action originally removed to this Court on January 6, 2017. However, Plaintiff, Staybull Insurance Corporation, expressly reserves the right to file a subsequent action in state court based on claims that are different from those pled in the above captioned matter and in the state court action originally removed to this Court on January 6, 2017.

Dated: March 3, 2017.

*/s/ James C. Mooney*
**NIELS P. MURPHY**
Florida Bar No. 006552
nmurphy@murphyandersonlaw.com
scassidy@murphyandersonlaw.com

___*/s/ Thomas P. Heneghan*_______
**THOMAS P. HENEGHAN, ESQ.**
33 East Main Street, Suite 300
P.O. Box 1379
Madison, WI 53701-1379

1501 San Marco Blvd.
Jacksonville, FL 32207
904-598-9282 (phone)
904-598-9283 (fax)
**JAMES C. MOONEY**
Florida Bar No. 0111668
jmooney@murphyandersonlaw.com
pmarchman@murphyandersonlaw.com
1501 San Marco Blvd.
Jacksonville, FL 32207
904-598-9282 (phone)
904-598-9283 (fax)

Direct: (608) 234-6032
Fax: (608) 258-7138
Tom.Heneghan@huschblackwell.com
**MATTHEW DIEHR**
190 CarondeletPlaza
Suite 600
St. Louis, MO 63105
Direct: (314) 480-1916
Fax: (314) 480-1505
Matthew.Diehr@huschblackwell.com