**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STAYBULL INSURANCE CORPORATION, a Florida Domestic For-Profit Corporation,

Plaintiff,

v. Case No. 3:17-cv-16-J-32PDB

TECH CANARY CORPORATION and REID LARSON HOLZWORTH, individually,

Defendants.

---

# ORDER

Upon review of the Stipulation of Dismissal with Prejudice (Doc. 11), filed on March 3, 2017, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of March, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record